Electronically Filed

**Entered on Docket
January 25, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Litton Loan Servicing, LP., as servicing agent for Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, GSAMP Trust 2006-FM2
09-70753 / 40382954

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-07-11907-lbr |
| Michael E. Foster and Lisa J. Foster | MS Motion No.<br>Date: 11-17-2009<br>Time: 10:30 am |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $1,340.14 (April 1, 2008 - June 1, 2008) | $4,020.42 |
| 6 Monthly Payments(s) at $1,397.20 (July 1, 2008 - December 1, 2008) | $8,383.20 |
| 9 Late Charge(s) at $83.83 (April 1, 2008 - December 1, 2008) | $754.47 |
| 6 Monthly Payments(s) at $1,558.02 (January 1, 2009 - June 1, 2009) | $9,348.12 |
| 6 Late Charge(s) at $93.48 (January 1, 2009 - June 1, 2009) | $560.88 |
| 5 Monthly Payments(s) at $1,384.17 (July 1, 2009 - November 1, 2009) | $6,920.85 |
| 5 Late Charge(s) at $83.05 (July 1, 2009 - November 1, 2009) | $415.25 |
| Property Inspections | $10.50 |
| Escrow Shortage | $3,696.48 |
| Motion for Relief Filing Fee | $750.00 |
| Attorneys Fees | $150.00 |
| BPO Fee | $100.00 |
| Total | $35,110.17 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $5,849.95 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the December 20, 2009 payment and continuing throughout and concluding on or before April 20, 2009. The sixth final payment in the amount of $5,849.92 shall be paid on or before May 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the December 1, 2009, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 529 Kristin Lane, Henderson, NV 89015, and legally described as follows:

PARCEL 1:

LOT FIVE (5) IN BLOCK TWO (2) OF SUMMERFIELD VILLAGE-UNIT 2A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 31 OF PLATS, PAGE 79, AND BY AMENDED

PLAT OF SUMMERFIELD VILLAGE UNIT 2A, ON FILE IN BOOK 32 OF PLATS, PAGE 63, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

AN EASEMENT FOR INGRESS AND EGRESS OVER THAT PORTION OF SUMMERFIELD VILLAGE-UNIT 2A AS SET FORTH AS PRIVATE DRIVE, COMMON AREA AND PUBLIC UTILITY EASEMENT ON THE PLAT OF SAID SUBDIVISION HEREINABOVE SHOWN.

PARCEL III:

AN EXCLUSIVE USE EASEMENT UPON, OVER, UNDER AND ACROSS THE CARPORT PARKING EASEMENT AREAS AS PROVIDED UNDER ARTICLE II, SECTION 3 OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AS RECORDED JANUARY 8, 1985 AS DOCUMENT NO. 2004992, OFFICIAL RECORDS OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

G. Layne Nordstrom

By _____

G. Layne Nordstrom
Attorney for Debtors
800 N. Rainbow Blvd., #208
Las Vegas, NV 89107-1103

Nevada Bar No. 2846