**Entered on Docket**
**April 28, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Litton Loan Servicing, LP., as servicing agent for Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, GSAMP Trust 2006-FM2
09-70753 / 40382954

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 07-11907-lbr |
| Michael E. Foster and Lisa J. Foster | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration Re: Breach of Condition filed on April 5, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Litton Loan Servicing, LP., as servicing agent for Deutsche Bank National Trust Company as Trustee under the Pooling and Servicing Agreement dated as of September 1, 2006, GSAMP Trust 2006-FM2 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 529 Kristin Lane , Henderson NV and legally described as follows:

PARCEL I:

LOT FIVE (5) IN BLOCK TWO (2) OF SUMMERFIELD VILLAGE-UNIT 2A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 31 OF PLATS, PAGE 79, AND BY AMENDED PLAT OF SUMMERFIELD VILLAGE UNIT 2A, ON FILE IN BOOK 32 OF PLATS, PAGE 63, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

AN EASEMENT FOR INGRESS AND EGRESS OVER THAT PORTION OF SUMMERFIELD VILLAGE-UNIT 2A AS SET FORTH AS PRIVATE DRIVE, COMMON AREA AND PUBLIC UTILITY EASEMENT ON THE PLAT OF SAID SUBDIVISION HEREINABOVE SHOWN.

PARCEL III:

AN EXCLUSIVE USE EASEMENT UPON, OVER, UNDER AND ACROSS THE CARPORT PARKING EASEMENT AREAS AS PROVIDED UNDER ARTICLE II, SECTION 3 OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AS RECORDED JANUARY 8, 1985 AS DOCUMENT NO. 2004992, OFFICIAL RECORDS OF CLARK COUNTY, NEVADA.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By _____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107